# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,     :    No. 35 WAL 2024

            Respondent                    :

                                             :    Petition for Allowance of Appeal
                                             :    from the Order of the Superior Court

             v.                               :

                                             :

TYRONE WILBERT CLARK,              :

                                             :

            Petitioner                      :

## <u>ORDER</u>

**PER CURIAM**

       **AND NOW**, this 30th day of April, 2024, the Petition for Allowance of Appeal is **DENIED**.

       Justice McCaffery did not participate in the consideration or decision of this matter.